**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIANE ERICHSEN, et al., | ) NO. SACV 13-00237-GW (MAN) |
| Petitioners, | ) |
| v. | ) JUDGMENT |
| ORANGE COUNTY SOCIAL SERVICES AGENCY, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 19, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE